AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA District of  EASTERN DIVISION

DENISE L. SMITH

V.

SEARS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1018-M

TO: (Name and address of Defendant)
SEARS
333 Beverly Road, A3-128B
Hoffman Estates, IL 60179

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

~~SEARS LEGAL DEPARTMENT
333 Beverly Road, A3-128B
Hoffman Estates, IL 60179~~

L. Robin McIntyre
Atty for Plaintiff
3401 Executive Park Dr.
Office 102
Opelika, AL 36801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    10/27/05
CLERK                               DATE

(By) DEPUTY CLERK