**SENDER: COMPLETE T**

- Complete items 1, 2, an...
  item 4 if Restricted Deliv...
- Print your name and ad...
  so that we can return th...
- Attach this card to the b...
  or on the front if space ...

1. Article Addressed to:

Sears L...
333 Be...
A3-12
Hoffman ...

Dept
...d
..., IL
...79

A. Signature
X _____ ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  11-1

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3:05 CV1018-M

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Arti...
   (Tra...

PS Fo...

02595-02-M-1540