IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH, | ) |
| | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:05-CV1018-M |
| | ) |
| | ) |
| SEARS ROEBUCK & CO. | ) |
| | ) |
| | ) |
| DEFENDANT. | ) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

COMES NOW Defendant, Sears Roebuck & Co., by and through its counsel and request this Honorable Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure to enter an order granting an extension or enlargement of time for said defendant to file their Answer/Response in this action. In support of said motion, defendant states as follows:

1. This action was originally filed on October 24, 2005. The Complaint was served on defendant on November 1, 2005. The time for filing a responsive pleading or motion on behalf of the defendant will be November 21, 2005.

2. The facts and circumstances surrounding the incidents made the basis of this action appear to be detailed, and the undersigned is in need of additional time in which to obtain an understanding of the true facts and circumstances involved in this action in order to file meaningful Answer/Response.

3. The undersigned has contacted plaintiff's counsel, T. Robin McIntyre, and requested that the time for defendant to Answer/Respond to plaintiff's Complaint be extended 14 days from the date on which defendant's Answer/Response is due to be filed. Plaintiff's counsel

1412880

does not oppose this motion for an extension of 14 days to Answer/Respond to plaintiff's Complaint.

4.   Defendant requests this Honorable Court to grant an additional 14 days for it to (a) determine the true facts and circumstances surrounding this action and (b) evaluate the facts and circumstances surrounding this action in order for the undersigned to file meaningful Answer/Response to plaintiff's Complaint.

WHEREFORE, PREMISES CONSIDERED, defendants request this Honorable Court to enter an order extending the time for the filing of defendants' Answers/Responses in this action until December 5, 2005.

Respectfully submitted,

/s/ Mac B. Greaves
Mac B.Greaves (GRE007)
Attorneys for Defendant
SEARS ROEBUCK AND CO.

OF COUNSEL:
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the _16_th day of November, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will serve notification of such filing to the following:

T. Robin McIntyre
2101 Executive Park Drive
Opelika, AL 36801


                              */s/ Mac B. Greaves*
                              OF COUNSEL