IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05CV1018-M |
| | ) |
| SEARS, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

On 16 November 2005, the defendant filed a Motion for Enlargement of Time (Doc. #4). The defendant's motion indicates that plaintiff's counsel "does not oppose this motion". Therefore, it is

ORDERED that the motion is GRANTED. On or before 5 December 2005, the defendant shall file a responsive pleading to the plaintiff's complaint.

DONE this 21st day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE