IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-CV-05-1018-MHT |
| | ) |
| SEARS, ROEBUCK & CO., | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

The plaintiff, Denise Smith and the defendant Sears Roebuck & Co., move this Court to extend the dispositive motion deadline by seven (7) days, making the dispositive motion deadline June 15, 2006, rather than June 8, 2006. As grounds for this Motion, the parties state as follows:

1. The current deadline for filing any dispositive motions in the above-styled case is June 8, 2006.

2. Defendant's counsel took the plaintiff's deposition on April 28, 2006. The parties just recently received a copy of the transcript and exhibits which defendant's counsel needs to prepare Sears' brief in support of its motion for summary judgment.

3. Additionally, counsel for the defendant will be in the process of relocating offices during the first week of June, 2006, which is the same week any dispositive motions are due.

4. The requested extension will not prejudice either party and will not affect any other deadline established in this case, including the discovery deadline or trial date.

1466980

5.  The parties have jointly agreed to this motion, and plaintiff's counsel has given the undersigned the authority to represent to the Court that he joins with defendant's counsel in filing this motion. The undersigned is signing on behalf of both parties in an effort to expedite the filing and consideration of this motion.

Wherefore, premises considered, the parties respectfully request that this Court grant this Motion and extend the deadline for filing dispositive motions by seven (7) days.

Respectfully submitted,

/s/Mac B. Greaves
Mac B. Greaves (GRE007)
Mieke A. Hemstreet (HEM007)
Attorney for Defendant

SEARS, ROEBUCK AND CO.

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system on this the 23rd day of May, 2006 which will send notification of such filing to:

T. Robin McIntyre
2101 Executive Park Drive
Opelika, AL 36801

/s/ Mac B. Greaves
OF COUNSEL

1466980