IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **DENISE L. SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv1018-MHT |
| ) | |
| **SEARS,** ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the joint motion to extend the dispositive motion deadline (doc. no. 12) is granted.

DONE, this the 23rd day of May, 2006.

          /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**