IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DENISE L. SMITH,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO. 03-CV-05-1018-MHT ) |
| **SEARS, ROEBUCK & CO.,** | ) ) |
| **Defendant.** | ) ) |

### DEFENDANT'S MOTION FOR SUMMARY

**COMES NOW** the defendant, Sears, Roebuck and Co. ("Sears"), and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Court to grant summary judgment in its favor and dismiss all claims raised by plaintiff in her Complaint. In support of this motion, Sears shows the following:

1. There is no genuine issue as to any material fact, and Sears is entitled to judgment as a matter of law as to the plaintiff's sole claim of race discrimination brought under Title VII of the Civil Rights Act of 1964.

2. Plaintiff cannot establish a *prima facie* case of race discrimination under Title VII based on her termination from Sears. Specifically, the plaintiff cannot establish that similarly-situated white employees engaged in the same or similar misconduct and were retained.

3. Even assuming, *arguendo,* that plaintiff could establish a *prima facie* case of race discrimination, Sears had articulated a legitimate, nondiscriminatory reason for the challenged decision--namely that the plaintiff misused Sears' service coupon to give customers unauthorized discounts.

1474390

4.   Plaintiff cannot establish that Sears' articulated legitimate, non-discriminatory reason is a pretext for intentional race discrimination.

5.   Even if the plaintiff could establish a claim for race discrimination, the plaintiff's claim for damages is limited, if not completely foreclosed, by the after-acquired evidence doctrine and the mixed-motive defense.

6.   This motion is based on the pleadings; all discovery; defendant's evidentiary submission which includes the deposition of the plaintiff, Denise Smith, and all exhibits attached thereto; the declarations of Terry Gandy, Kenny Reese, Byron Mason, John Lawrie, Clint Till, Stephanie Darby, Carolyn Landers, and Jackie Dodson and all exhibits attached thereto, if any; and defendant's memorandum brief in support of summary judgment filed contemporaneously herewith, and all exhibits attached thereto.

**WHEREFORE, PREMISES CONSIDERED**, defendant respectfully moves the Court to grant summary judgment in favor of defendant on all claims of plaintiff, dismiss plaintiff's Complaint with prejudice, and tax costs against plaintiff.

/s/MiekeA.Hemstreet
Mac B. Greaves (GRE007)
Mieke A. Hemstreet (HEM007)
Attorney for Defendant

SEARS, ROEBUCK AND CO.

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1474390

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Defendant Sears, Roebuck & Co.'s Motion for Summary Judgment has been served on the following by directing same to his office address through first-class, United States mail, postage prepaid, on this the 15th day of June, 2006:

T. Robin McIntyre
2101 Executive Park Drive
Opelika, Al 36801

                                  /s/ Mieke A. Hemstreet
                                  OF COUNSEL