IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DENISE L. SMITH ,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 3:05-CV-1018-M ) |
| **SEARS, ROEBUCK & CO,** | ) ) |
| Defendant. | ) ) ) ) |

## DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Comes now the Defendant, Sears Roebuck & Co. and offers this Evidentiary Submission in Support of Motion for Summary Judgment, filed simultaneously with and in support of Defendant's Motion for Summary Judgment .

A.   Deposition of Denise L. Smith with Exhibits attached thereto.

B.   Declaration of Terry Gandy with Exhibits attached thereto.

C.   Declaration of Byron Mason with Exhibits attached thereto.

D.   Declaration of Kenny Reese attached thereto.

E.   Declaration of John Lawrie attached thereto.

F.   Declaration of Stephanie Darby attached thereto.

1474691

    G.    Declaration of Clint Till attached thereto.

    H.    Declaration of Carolyn Landers attached thereto

    I.    Declaration of Jackie Dodson with Exhibits attached thereto.

/s/MiekeA.Hemstreet
Mac B. Greaves (GRE007)
Mieke A. Hemstreet (HEM007)
Attorney for Defendant

SEARS, ROEBUCK AND CO.

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant Sears, Roebuck & Co.'s Evidentiary Submission in Support of its Motion for Summary Judgment has been served on the following by directing same to her office address through first-class, United States mail, postage prepaid, on this the 15th day of June, 2006:

T. Robin McIntyre
2101 Executive Park Drive
Opelika, Al 36801

/s/ Mieke A. Hemstreet
OF COUNSEL

1474691    2