



DEFENDANT'S
EXHIBIT
16
D. Smith

Produced by Plaintiff
00052
Denise L. Smith



Produced by Plaintiff
00053
Denise L. Smith



Produced by Plaintiff
00054
Denise L. Smith



Produced by Plaintiff
00055
Denise L. Smith

**From:**    Kenneth Reese/Full-Line/SEARS
**To:**      Kenneth Reese/Full-Line/SEARS@SEARS
**Date:**    Sunday, October 10, 2004 11:24PM
**Subject:** Payout

---

15% of any hardline..and 30% off any softline
purchase from oct-dec15!!

Good for one day!!!  Please present to manager for
redemption.

Kenny Reese
Store General Manager
Store 2595
334-502-2094
"Believe & Succeed"



DEFENDANT'S EXHIBIT 17 DSmith

Produced by Plaintiff
00073
Denise L. Smith

**Title:**   June Bonuses--626
**Category:**

# Extra Income Potential!!!

### DISHWASHERS:

16512/9:   Was: $519.99   Now: $399.88!!!   Save: $120.00!!!

***$15.00 Bonus for each item sold!!!  (in addition to commissions)***

***$30.00 Bonus when sold with an install and PA.***

### RANGES:

95002:   Was: $599.99   Now: $519.88   <u>Save $80.00!!!</u>

***$25.00 Bonus for each item sold!***
***$40.00 Bonus when sold W/PA!!!***

95029:   Was: $899.99   Now: $699.99   <u>Save $200.00!!!</u>

***$35 bonus for each item sold***
***$50 bonus when sold with PA!!!***

***Exception: In order to qualify for Bonuses, each associate must know 5 major features and benefits of each of the above items.***

Once again, bonuses or commission will not be paid on any units ordered, or held beyond 2 weeks.  Bonuses

http://sresrm003.intra.sears.com/mail\_1/crease3.nsf/0/36F08F010407?C7D86?56FA5005A3B7F/?OpenDocument&Form...b  Prin...  6/2/2004

Produced by Plaintiff
00074
Denise L. Smith

are applied after items are delivered/installed or picked up. Must present reciept to Nina after delivery/install has taken place.

---

***EXTRA EXTRA!!!  Read all about it!!!***

***Starburst bonus!!!***

***Any appliances signed with starburst...will pay the following bonuses:***

***$299-699.97  =  $20.00!  (PA adds $10!)***

***$700-1099.97  = $35.00!  (PA adds $10!)***

***$1100-1599.97 = $50.00!!! (PA adds $20!)***

Items must not have additional markdowns( except in cases of company Credit promotions)...7-day delivery or Pickup.  Bonus will be applied AFTER item is delivered.  Must present receipt to Nina after item is delivered. Bonus if figured off final Subtotal price.



Produced by Plaintiff
00075
Denise L. Smith

~~$1100-1599.97 = $50.00!!! (PA adds $20!)~~

Items must not have additional markdowns( except in cases of company Credit promotions)...7-day delivery or Pickup. Bonus will be applied AFTER item is delivered.  Must present receipt to Nina after item is delivered. Bonus if figured off final Subtotal price.

# _ADDITION!!!  Effective June 19th!!!_

Washer #22954 and dryer 63954, both kenmore, will offer the following!

22954.  Reg. $679.99  Now: $398.00!!!   12 on hand
       **$15.00 spiff for each unit sold.    $30.00 with PA!!!**

63954.  Reg: $559.99  Now: $347.00!!!   15 on hand
       "                                          "

47874 Maytag dryer. Reg: $549.99   Now: $347.00!!!   20 on hand.
     **$20 spiff for each unit sold.   $40 with PA!!!**

**NOTE:**  The price that rings in the register...is NOT correct.  You must override, and bring it UP to the price listed.   There was a mistake in the downloading of the price.
   Same policies apply as mentioned previous.

**Produced by Plaintiff**
**00076**
**Denise L. Smith**

**From:**  Kenneth Reese/Full-Line/SEARS
**To:**  John Lawrie/Full-Line/SEARS@SEARS
**cc:**  Michael A Smith/Full-Line/SEARS@SEARS
**Date:**  Tuesday, September 14, 2004 16:33
**Subject:**  HAND OUT! COMM BINDER!

---

## Days of Delivery:

## See map for specifics.

## Local delivery's----Everyday.  (Auburn, Opelika, Beauregard, loachapoka, Gold hill, Oak bowery)

**Tuskegee, notasulga, society hill, tallassee---Tue, Thur.**
**Zipcodes: 36866,36083,36031,36089,36867,36860**

**Dadeville, camp hill, walnut hill, ---Wed, Fri.**
**Zipcodes: 36078,36853,36850,36879,36875,36858**

**Valley, Salem, lanett, west point--Monday only.**
**Zipcodes: 36863,36852,36854,36874,36877,**

**Saturday delivery's get approved by Joel in advance.**
**Saturday deliveries will have a $10.00 additional charge. This**
**charge should prompt. DO NOT override this.**

**Promising deliveries outside of the above zonetimes will not pay**
**commission, unless it has been approved.**

**Delivery guidlines.**

1. **Same day deliveries require a $25.00 additional charge on top**
   **of normal charges. Ring as an OOA charge. Must be approved**
   **by Joel before promising.**

2. **Merchandise being delivered MUST BE PINK TAGGED. Your**
   **responsibility.**

3. **Customers must be advised that delivery will call them in the**
   **mornings between 8 and 9am. TWO PHONE NUMBERS should**
   **be given by customer to be reached.**

Produced by Plaintiff
00077
Denise L. Smith

4. **Walk the path rulers are to be given to every customer, along with guidance on how to use them and why.(626/657)**
   **A 2nd delivery charge will be accessed if Joel has to go back. If customer refuses to pay, it will be subtracted from merchandise, and commission**

5. **Merchandise not delivered within 21 days will automatically be cancelled.**

6. **$10.00 for every additional piece over 3.**
7. **Delivery does not take doors off of hinges.**
8. **Switching doors on refrigerators should be rang as an OOA charge for $15.00.**
9. **Joel will provide Haul-Away. A $15 charge should automatically prompt. This must be charged if it is hauled away.**

# Read and sign!!!

Kenny Reese
Store General Manager
Store 2595
334-502-2094
"Believe & Succeed"

Produced by Plaintiff
00078
Denise L. Smith

Page 1 of 2

*Not valid unless*
*everyone reads & signs.*

*[signature]*

**From:**     Kenneth Reese/Full-Line/SEARS
**To:**        Kenneth Reese/Full-Line/SEARS@SEARS
**cc:**        John Lawrie/Full-Line/SEARS@SEARS
**Date:**      Wednesday, July 28, 2004 12:08PM
**Subject:**   Closeout bonuses

Appliance team!  You have an awesome opportunity to make a really big paycheck!!! Now, through August 6th, anywhere you see a yellow additional savings sign, you earn extra money by selling that item!!!  We have over 100 items in appliances that need to go, and rather than take heavy markdowns upfront, we would rather you make the money on it!!!  Below are some guidelines to this program.

---the amount you earn is located on the bottom of the sign...after the model#.  Example:  25709...**30.**  You earn $30 dollars additional on that item.

---Sales must not have additional markdowns, unless approved before hand.

---Rerings, exchanges do not count.  returns within 30 days will result in loss of bonus.

---ensure, before you sell it, that you dont have one in the back.  A few items are backstocked.  However, DO NOT inform the customer of this before hand, otherwise they will be asking you for another markdown due to floor model.  Best thing to do is get them sold on a floor model, then quietly double check that there is none in a box.  IF there is, then they get surprised.

---It is imperative that these items are either picked up, or delivered **BEFORE AUG 5th!!!  No exceptions.**  If it is not, it will be cancelled and returned to sell.  If they tell you they are building, or moving, I would not suggest you sell these.

--Tickets should be stapled to the yellow sign, and turned in to your manager, once delivery has taken place.  NOT NINA. Exception:  If item has back stock, do not turn yellow sign in.  Leave it up.

*Yellow signage is always [...]*

**GOOD SELLING!!!**

http://crsrm003.intra.sears.com/mail/..1/kreese3.nsf/($Inbox)/D827B6F811C6CA4B88626FDF005E2845/?OpenDocument&Pre    7/28/2004

Produced by Plaintiff
00079
Denise L. Smith

HFM Customer Record                                          11/04/04  12:59:04
NPOS413                    Salescheck # 025950220752

```
                                          Sale Amt :   352.31
P   GANDY           , TERRY              Sale  Dt: 08/20/04   Reductns :    30.00
U   2038 LEE RD # 137                    Proms Dt: 08/20/04   Discount :    36.99
R   _____             Order Dt: 08/20/04   Tax      :    19.43
C   AUBURN            , AL  36832        Recev Dt: 08/20/04   Delv Chg :     0.00
    H: 334 821 2396 W: 334 332 1247      Notif Dt: 08/20/04   Deposit  :     0.00
D   _____ , _____            Cancl Dt:   /  /     Bal Due  :     0.00
E   _____           Binck Dt:   /  /      Type Pymt: GCD
L   _____            D - W :  _____       Assoc. # : 000869
    _____ , __ _____            Acct #:
    H: _____  W: _____       Delayed Billing Date:   /  /
USPS/UPS:                                 Deferred Payment Date:
Spc Inst FILL FROM FLOOR. CPU
```

```
                    Order   Item    Qty  Delivery  Pickup   Gft.Rec.  Bin
 Div  Item/Sku  Description  Qty   Amount  Rec'd  Date     Date     Date     Loc
 ---  --------  -----------  ----  ------- ----   -------- -------- -------- ---
 022  16512000  DISHWASHER,B 0001  299.88  0001    /  /   08/20/04   /  /     2
      (MORE)
```

ENTER    F3=EXIT    F4=COMMENTS    F5=CORRECTIONS    F7=BKWD    F8=FWD    F12=CANCEL



DEFENDANT'S EXHIBIT
D Smith

Produced by Plaintiff
00081
Denise L. Smith

```
NPOS413                    HFM Customer Record            11/04/04  15:59:13
                          Salescheck # 025950220752
```

```
P   GANDY            ,  TERRY    _    Sale  Dt: 08/20/04   Sale Amt :   352.31
U   2038 LEE RD # 137                 Proms Dt: 08/20/04   Reductns :    30.00
R   )                                 Order Dt:  /  /      Discount :    36.99
C   AUBURN          ,  AL  36832      Recev Dt:  /  /      Tax      :    19.43
    H: 334 821 2396 W: 334 332 1247   Notif Dt:  /  /      Delv Chg :     0.00
D   _____  ,  __  ____      Cancl Dt:  /  /      Deposit  :     0.00
E   _____    Binck Dt:  /  /      Bal Due  :     0.00
L   _____    D - W :  _____       Type Pymt: GCD
    _____  ,  __  ____        Acct #:              Assoc. # : 000869
    H: _____   W: _____   Delayed Billing Date:   /  /
USPS/UPS: _____    Deferred Payment Date:
Spc Inst FILL FROM FLOOR. CPU
```

```
                    Order    Item    Qty  Delivery   Pickup    Gft.Rec. Bin
Div  Item/Sku  Description  Qty    Amount  Rec'd Date      Date      Date    Loc
---  --------  -----------  ----   ------- ----  --------  --------  -------- ---
070  22316292  3Y HOMEMPA   0001    99.99  0000   /  /      /  /      /  /    _
     (MORE)
```

```
ENTER   F3=EXIT   F4=COMMENTS   F5=CORRECTIONS   F7=BKWD   F8=FWD   F12=CANCEL
```

Produced by Plaintiff
00082
Denise L. Smith

Associate Summary
Assoc #:      869

Type:                                  Disc: N    Date: 05/01/04 to 05/31/04
Reg:          Acct:        Ch:                     Time:            to
P    ct:

Type an  X  in the selection field.     Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|-----|-------------|------|----------|-------------:|-----------------:|---------|---------|
| _ | 025950229823 | 05/01/04 |          | 4709.19 | .00 | CHK | PMT |
| _ | 025950267554 | 05/01/04 |          |   25.00 | .00 | CSH | PMT |
| _ | 025950267555 | 05/01/04 |          |   15.00 | .00 | CSH | PMT |
| _ | 025950267559 | 05/01/04 | LEE      |  452.58 | .00 | SMC | SL |
| _ | 025950576214 | 05/01/04 |          |   40.00 | .00 | CSH | PMT |
| _ | 025950267563 | 05/02/04 | HUMPHREY |  777.48 | -79.99 | SMC | SL |
| _ | 025950267564 | 05/02/04 | THROWER  |  439.13 | -83.28 | CHK | SL |
| _ | 025950267569 | 05/02/04 |          |   60.00 | .00 | CSH | PMT |
| _ | 025950267575 | 05/02/04 |          |  236.00 | .00 | CHK | PMT |
| _ | 025950267577 | 05/02/04 | MERRITT  |  592.79 | -90.99 | CHK | SL |

Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel

Produced by Plaintiff
00083
Denise L. Smith

NPOS713 Associate Summary 11/08/04 17:52:47
Case 3:05-cv-01018-MHT-VPM Document 16-10 Filed 06/15/2006 Page 15 of 28
Assoc #: 869

Type:          Disc: N Date: 05/01/04 to 05/31/04
Reg:  Acct:  Ch:      Time:   to
R　ct:

Type an  X  in the selection field.  Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025950229992 | 05/23/04 | STEAKHOUSE AND SUS | 172.67 | .00 | CHK | SL |
| _ | 025950229993 | 05/23/04 | STEAKHOUSE AND SUS | 475.06 | .00 | CHK | SL |
| _ | 025950268365 | 05/24/04 |  | 600.00 | .00 | CHK | PMT |
| _ | 025950268369 | 05/24/04 | WISDOM | 129.52 | .00 | CHK | SL |
| _ | 025959016838 | 05/24/04 | HERRICK | -329.98 | .00 | CSH | SL |
| _ | 025959016839 | 05/24/04 | HERRICK | 384.98 | -65.00 | MLT | SL |
| _ | 025950268389 | 05/25/04 |  | 48.59 | .00 | CSH | PMT |
| _ | 025950268395 | 05/25/04 |  | 25.00 | .00 | CSH | PMT |
| _ | 025950268399 | 05/25/04 | BATTLES | 248.27 | .00 | CSH | SL |
| _ | 025950220003 | 05/25/04 | BATTLES | 518.39 | .00 | CSH | SL |

Enter F3=Exit F7=Bkwd F8=Fwd F12=Cancel

Produced by Plaintiff
00084
Denise L. Smith

```
Type:                                 Disc: N   Date: 05/01/04 to 05/31/04
Reg:        Acct:        Ch:                    Time:           to
R   ct:
```

Type an  X  in the selection field.    Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025950267746 | 05/06/04 | DORTON | 566.70 | .00 | CHK | SL |
| _ | 025950267747 | 05/06/04 | BISHOP | 201.86 | .00 | OTH | SL |
| _ | 025950267748 | 05/06/04 |  | 60.00 | .00 | CSH | PMT |
| _ | 025950229849 | 05/06/04 | ALLEN | 215.87 | .00 | SRS | SL |
| _ | 025950267750 | 05/06/04 |  | 3750.00 | .00 | CHK | PMT |
| _ | 025950267752 | 05/06/04 |  | 3658.00 | .00 | CHK | PMT |
| _ | 025950229864 | 05/08/04 | JONES | 523.66 | -95.00 | SRS | SL |
| _ | 025950229866 | 05/08/04 | JONES | 523.66 | -95.00 | SRS | SL |
| _ | 025950229867 | 05/08/04 |  | 231.01 | .00 | CHK | PMT |
| _ | 025950267827 | 05/08/04 | BURNEY | 172.67 | .00 | SRS | SL |

Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

Produced by Plaintiff
00085
Denise L. Smith

Type:                          Disc: N   Date: 05/01/04 to 05/30/04
Reg:        Acct:      Ch:               Time:          to
Re   ?t:

Type an  X  in the selection field.   Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 02 5950267571 | 05/02/04 | SANFORD | 880.05 | -116.99 | SRS | SL |
| _ | 02 5950229826 | 05/02/04 | BOCEMAN | 826.19 | -85.00 | OTH | SL |
| _ | 02 5950229827 | 05/02/04 | MCGINTY | 566.31 | -141.13 | SMC | SL |
| _ | 02 5950267576 | 05/02/04 | | 50.00 | .00 | CHK | PMT |
| _ | 02 5950229829 | 05/02/04 | SINELNIKOV | 296.98 | -33.00 | SRS | SL |
| _ | 02 5950267579 | 05/02/04 | CURTIS | 686.32 | -183.90 | MLT | SL |
| _ | 02 5950267632 | 05/03/04 | | 60.00 | .00 | CSH | PMT |
| _ | 02 5950267633 | 05/03/04 | | 116.00 | .00 | CHK | PMT |
| _ | 02 5950267634 | 05/03/04 | | 167.16 | .00 | CHK | PMT |
| _ | 02 5950267635 | 05/03/04 | | 66.00 | .00 | CHK | PMT |

Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel

Produced by Plaintiff
00088
Denise L. Smith

Purchasing Customer:           Deliver to Customer:

GANDY, TERRY

‍3 LEE RD # 137

AUBURN, AL 36832

H 334-821-2396     W 334-332-1247     H        W

| | | | |
|---|---|---|---|
| Sales Date : 03/06/04 | Sale Amount: | 999.97 | Total Amount: 787.29 |
| Time of Sale: 13:02:25 | Reductions : | -190.00 | Balance Due : .00 |
| Delivered : | Discount : | -81.00 | |
| Pick-Up : 03/14/04 | Tax : | 58.32 | Payment Type: SMC |
| Delay Bill : 02/28/05 | Delivery : | .00 | |
| Cancelled : | Deposit : | | Trans. Type: SL |

Ringing Associate # :     190      Account #:   5121071823069020

Selling Associate # :     190      Transfer to Store:

F3=Exit    F4=Comments    F5=Item

Produced by Plaintiff
00089
Denise L. Smith

```
NPOS413                  HFM Customer Record          11:03/04/28 32:34
                         Salescheck # 025950267209
```

```
                                          Sale Amt  :   475.13
P   REESE            , KENNETH  _   Sale  Dt: 04/21/04   Reductns :     0.00
U   1505 COVINGTON AVE              Proms Dt: 04/22/04   Discount :    44.99
R   )                              Order Dt: 04/21/04   Tax      :    25.20
C   OPELIKA         , AL   36801   Recev Dt: 04/21/04   Delv Chg :    45.00
    H: 334 741 5370 W: 334 329 8471 Notif Dt: 04/22/04  Deposit  :     0.00
D   REESE           , KENNETH  _   Cancl Dt:  /  /      Bal Due  :     0.00
E   1505 COVINGTON AVE             Binck Dt:  /  /      Type Pymt: GCD
L                                  D - W :  _____       Assoc. #  : 002428
    OPELIKA         , AL   36801   Acct #:
    H: 334 741 5370 W: 334 329 8471 Delayed Billing Date:  /  /
USPS/UPS:                          Deferred Payment Date:
Spc Inst REFRIGERATOR IS ON THE FLOOR.
```

```
                    Order    Item    Qty  Delivery  Pickup   Gft.Rec. Bin
 Div  Item/Sku  Description  Qty   Amount Rec'd Date     Date     Date    Loc
 ---  --------  -----------  ----  ------ ---- -------- -------- -------- ---
 046  52334991  REFRIG,23' S 0001  299.93 0001 04/22/04  /  /     /  /     9
      (MORE)
```

```
ENTER   F3=EXIT   F4=COMMENTS   F5=CORRECTIONS   F7=BKWD   F8=FWD   F12=CANCEL
```

Produced by Plaintiff
00090
Denise L. Smith

Type:
Reg:          Acct:          Ch:              Disc: N   Date: 05/01/04 to 05/30/04
R   ct:                                                 Time:        to

Type an  X  in the selection field.    Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
| --- | --- | --- | --- | --- | --- | --- | --- |
| _ | 025950267636 | 05/03/04 | RIDDLE | 1007.63 | .00 | SRS | SL |
| _ | 025950267637 | 05/03/04 | HEAD | 323.99 | .00 | MLT | SL |
| _ | 025950267657 | 05/04/04 | HINES | 399.98 | .00 | CHK | SL |
| _ | 025950229920 | 05/16/04 | MCDONALD | 653.26 | .00 | OTH | SL |
| _ | 025950268088 | 05/16/04 | | 24.00 | .00 | CSH | PMT |
| _ | 025950268097 | 05/16/04 | BARNES | 534.59 | -25.00 | SRS | SL |
| _ | 025950268100 | 05/16/04 | KIM | 362.74 | .00 | SRS | SL |
| _ | 025950268101 | 05/16/04 | | 81.43 | .00 | CHK | PMT |
| _ | 025950268102 | 05/16/04 | KNIGHT | 510.27 | -72.50 | SRS | SL |
| _ | 025950268103 | 05/16/04 | BARNES | 449.98 | .00 | OTH | SL |

Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

Produced by Plaintiff
00091
Denise L. Smith

Case 3:05-cv-01018-MHT-VPM   Document 16-10   Filed 06/15/2006   Page 21 of 28

```
Type:                           Disc: N   Date: 08/01/04 to 08/31/04
Reg:        Acct:        Ch:               Time:          to
R    pt:
```

Type an  X  in the selection field.    Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|-----|-------------|------|----------|--------------|------------------|---------|---------|
| _ | 025950220932 | 08/26/04 | SMITH | 381.46 | .00 | SRS | SL |
| _ | 025950036174 | 08/28/04 | STEVENS | 748.22 | .00 | OTH | SL |
| _ | 025950220986 | 08/28/04 | HITE | 664.19 | -65.00 | OTH | SL |
| _ | 025950220988 | 08/28/04 | SIMS | 718.17 | .00 | OTH | SL |
| _ | 025950220996 | 08/28/04 | LEGGETT | 87.47 | -9.00 | OTH | SL |
| _ | 025950220997 | 08/28/04 | | .00 | .00 | | NSL |
| _ | 025950220998 | 08/28/04 | | .00 | .00 | | CLS |
| _ | 025950221002 | 08/29/04 | TEEL | 1234.42 | .00 | SMC | SL |
| _ | 025950221003 | 08/29/04 | | 107.99 | .00 | SMC | SL |
| _ | 025950221004 | 08/29/04 | | 6.31 | .00 | CSH | SL |

Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

Produced by Plaintiff
00092
Denise L. Smith

Type:                              Disc: N   Date: 07/01/04 to 07/31/04
Rec:          Acct:      Ch:                 Time:        to
R     t:

Type an  X  in the selection field.   Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|-----|-------------|------|----------|--------------|------------------|---------|---------|
| _ | 025950260693 | 07/30/04 | CURRAN | 1274.27 | -65.00 | DSC | SL |
| _ | 025950260701 | 07/30/04 |        | 100.00 | .00 | CHK | PMT |
| _ | 025950260702 | 07/30/04 |        | 100.00 | .00 | CHK | PMT |
| _ | 025950260703 | 07/30/04 |        | 40.00 | .00 | CHK | PMT |
| _ | 025959018934 | 07/30/04 | HUANG | -48.60 | .00 | OTH | SL |
| _ | 025959018936 | 07/30/04 | HUANG | -48.60 | .00 | CSH | SL |
| _ | 025950260709 | 07/30/04 |        | 68.61 | .00 | CHK | PMT |
| _ | 025950260060 | 07/10/04 | MURRAY | 80.99 | .00 | CSH | SL |
| _ | 025950220399 | 07/10/04 | HARRIS | 151.18 | .00 | CHK | SL |
| _ | 025950260069 | 07/11/04 |        | 29.38 | .00 | CHK | PMT |

Enter   F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

Produced by Plaintiff
00093
Denise L. Smith

```
Type:                     Disc: N   Date: 05/01/04 to 05/31/04
Req:       Acct:    Ch:             Time:        to
R   pt:

Type an  X  in the selection field.   Then press enter.
```

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|---|---|---|---|---|---|---|---|
| _ | 025950268163 | 05/18/04 | SCAIFE | 647.99 | -65.00 | SMC | SL |
| _ | 025950229935 | 05/18/04 | HAYES | 1276.44 | .00 | SMC | SL |
| _ | 025950268184 | 05/19/04 |  | 140.00 | .00 | CHK | PMT |
| _ | 025950268185 | 05/19/04 |  | 80.00 | .00 | CHK | PMT |
| _ | 025950268186 | 05/19/04 |  | 8.00 | .00 | CSH | PMT |
| _ | 025950268187 | 05/19/04 |  | 50.00 | .00 | CSH | PMT |
| _ | 025950268298 | 05/22/04 |  | 1562.75 | .00 | CHK | PMT |
| _ | 025950229966 | 05/22/04 | WOOD | 264.27 | -19.99 | CHK | SL |
| _ | 025950268301 | 05/22/04 | WHATLEY | 286.06 | -5.00 | CHK | SL |
| _ | 025950220041 | 05/29/04 |  | 75.00 | .00 | CHK | PMT |

```
Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel
```

Produced by Plaintiff
00094
Denise L. Smith

```
NPOS413                        Salescheck # 025950220753
```

```
                                            Sale Amt :   354.47
P   GANDY            ,  TERRY      _    Sale  Dt: 08/20/04   Reductns :    30.00
U   2038 LEE RD # 137                   Proms Dt: 08/20/04   Discount :    36.99
R   )                                   Order Dt: __ / / __  Tax      :    21.59
C   AUBURN           ,  AL   36832      Recev Dt: __ / / __  Delv Chg :     0.00
    H: 334 821 2396 W: 334 332 1247     Notif Dt: __ / / __  Deposit  :     0.00
D   _____ , _____        Cancl Dt:   /  /    Bal Due  :     0.00
E   _____ , _____        Binck Dt:   /  /    Type Pymt: GCD
L   _____ , _____        D - W : _____       Assoc. # : 000869
    _____ , __ _____           Acct #:
    H: _____   W: _____      Delayed Billing Date:   /  /
USPS/UPS:                                Deferred Payment Date:
Spc Inst FILL FROM FLOOR CPU
```

```
                   Order   Item    Qty Delivery   Pickup   Gft.Rec. Bin
Div  Item/Sku  Description  Qty   Amount  Rec'd  Date       Date     Date    Loc
---  --------  -----------  ----  ------- ----   --------   -------- -------- ---
070  22301292  3Y HOMEMPA   0001   69.99  0000   __ / / __  __ / / __ __ / / __ _
     (MORE)
```

```
ENTER    F3=EXIT    F4=COMMENTS    F5=CORRECTIONS    F7=BKWD    F8=FWD    F12=CANCEL
```

Produced by Plaintiff
00095
Denise L. Smith

NPOS413          Salescheck # 025950220753

```
                                        Sale Amt :   354.47
P   GANDY            , TERRY    _    Sale  Dt: 08/20/04   Reductns :    30.00
U   2038 LEE RD # 137                Proms Dt: 08/20/04   Discount :    36.99
R   )                                Order Dt: 08/20/04   Tax      :    21.59
C   AUBURN          , AL  36832      Recev Dt: 08/20/04   Delv Chg :     0.00
    H: 334 821 2396 W: 334 332 1247  Notif Dt: 08/20/04   Deposit  :     0.00
D   _____ , _____            Cancl Dt:  /  /     Bal Due  :     0.00
E   _____                Binck Dt:  /  /     Type Pymt: GCD
L   _____                D - W : _____        Assoc. # : 000869
    _____ , __ _____            Acct #:
    H: _____ W: _____      Delayed Billing Date:  /  /
USPS/UPS:                            Deferred Payment Date:
Spc Inst FILL FROM FLOOR CPU
```

```
                Order   Item   Qty  Delivery  Pickup   Gft.Rec. Bin
Div  Item/Sku  Description  Qty  Amount  Rec'd  Date    Date     Date    Loc
---  --------  -----------  ----  --------  ----  --------  --------  --------  ---
022  42702000  COOKTOP 30", 0001  329.88  0001   /  /   08/20/04   /  /      3
     (MORE)
```

```
ENTER   F3=EXIT   F4=COMMENTS   F5=CORRECTIONS   F7=BKWD   F8=FWD   F12=CANCEL
```

Produced by Plaintiff
00096
Denise L. Smith

Assoc #:    414

Type:                              Disc: N   Date: 09/01/04 to 09/30/04
Reg:        Acct:      Ch:                   Time:        to
R   ct:

Type an X in the selection field.   Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|-----|-------------|------|----------|--------------|------------------|---------|---------|
| _ | 025950260028 | 09/30/04 | PITTS | 253.79 | -65.00 | OTH | SL |
| _ | 025950260029 | 09/30/04 | | .00 | .00 | | NSL |
| _ | 025950260030 | 09/30/04 | | .00 | .00 | | NSL |
| _ | 025950260031 | 09/30/04 | | .00 | .00 | | NSL |
| _ | 025950260032 | 09/30/04 | | .00 | .00 | | NSL |
| _ | 025950260035 | 09/30/04 | BAUERMEISTER | 509.99 | -90.00 | OTH | SL |
| _ | 025950220036 | 09/30/04 | COX | 334.98 | .00 | CHK | SL |
| _ | 025950220037 | 09/30/04 | | .00 | .00 | | NSL |
| _ | 025950260033 | 09/30/04 | | .00 | .00 | | NSL |
| _ | 025950220039 | 09/30/04 | MEADOWS | .00 | .00 | CSH | SL |

Enter   F3=Exit   F7=Bkwd   F8=Fwd   F12=Cancel

Produced by Plaintiff
00097
Denise L. Smith

Assoc #:    190

Type:                                    Disc: N   Date: 10/01/04 to 10/01/04
Re      Acct:        Ch:                           Time:        to
F   ct:

Type an  X  in  the  selection field.    Then press enter.

| Sel | Salescheck# | Date | Customer | Total Amount | Reduction Amount | Pay Typ | Trn Typ |
|-----|-------------|------|----------|--------------|------------------|---------|---------|
| _ | 025950260053 | 10/01/04 | | 50.00 | .00 | CSH | PMT |
| _ | 025950260056 | 10/01/04 | *cunt* TILL *No svc* | 179.81 | -65.00 | CSH | SL |
| _ | 025951220028 | 10/01/04 | JAMES | 1047.58 | .00 | SRS | SL |
| _ | 025951220029 | 10/01/04 | | .00 | .00 | | NSL |

Enter    F3=Exit    F7=Bkwd    F8=Fwd    F12=Cancel

8117-756.5412

```
********* START OF TRANSACTION *********
                    SALE
360Commerce POS C 44.017
TIMESTAMP: 10-01-04-15:52:26
MERCHANDISE DISPOSITION:
   PICKED UP BY CUSTOMER
DELV. TYPE:            HFM DOS ORDER
DELIVER TO:      STORE 02595
   42 33616   WHTR,PM6   MDS 249.99T
                         ORDERED
COUPON NBR:       5870200195
      CPN MULTI ITEM/$       65.00T-

ASSOCIATE DISCOUNT INFO:
  MIPCURUHSAHHIIIII

         ASSOCIATE DISCOUNT ON
EXPECTED DATE:        10/06/04
EXPECTED DATE:        10/06/04
NAME:                 CLINT TEAL
ADDRESS:
  500 WEBSTER RD. LOT. 308
CITY/STATE:           AUBURN, AL
ZIP CODE:             36830
PHONE:                334-821-8650
DELIV INSTR:       > > BYPASSED < <
         ASSOCIATE DISC      18.50 -
         TAX 08.000%         13.32
              CASH          200.00
10/01/04     CASH TOTAL     179.81
ASSOC # :
             190
FUTURE COUPON:    00082900
TIMESTAMP: 10-01-04-15:59:46
         STORE REG TRAN  PG  ASSOC
TRAN. INFO:  [02595 026 0056] 01  190
********* START OF TRANSACTION *********
```

Produced by Plaintiff
00098
Denise L. Smith

```
*== IBM SYSTEM =============== Printing Header =================== PORT 05 ===*
*                                                                             *
*  RESOURCE NAME : M0000047                                                   *
*                                                                             *
*=  ==========================================================================*
 NPuLu215- 44   NPS - View/update Serviceable Mdse Items List        11/04/04
 Type the Action Code and Row Number below. Then press Enter.
 Action code:    (1=Add item        2=View/change item   3=Delete item
                  4=Crt Site SO/Sears  5=Crt Shop SO/Sears  6=Display SO
 Row Number :     7=Crt Site SO/A&E  8=Crt Shop SO/A&E  9=Order Parts 0=Terms)
 (S = 3rd Party Store Stock)
                                  Home phone   Can also be reached at
 TERRY GANDY                      (334)821-2396      (334)332-1247
 2038 LEE RD     APT: 137                                              ET:
 AUBURN       AL   36832 7510                    Segment CD
 Cross Streets:
                                     Purch/   Svc            Cvg      Pnd
 Row Mdse Description        Model Number   Recvd    Type   Cvg  Exp Dt  Svc
 001 DVD, RV32K, PANASONIC   222RV32K       12/16/02 SHOP   CC
 002 TV 27", KV27FS100L  SONY 474KV27FS100  01/31/03 SITE   CC
 003 TV 27", CT-27SL14 PANA  222CT27SL14    08/14/04 SHOP   WMPA 08/14/06
 004 PTV 43",43F300 HTH HDTV 93443F300      03/06/04 SITE   IW   03/06/05
 005 CAM, DCRTRV22, SONY     474DCRTRV22    01/09/04 SHOP   CC


 Different Repair Address  N (Y/N) Override N (Y/N) Override Cd   (C=Contractor)
 R0043 Verify alternate phone number and address

 Enter  F1=Help  F3=Exit  F7=Bkwd  F8=Fwd  F12=Prev screen
```

Produced by Plaintiff
00099
Denise L. Smith