

**SEARS**
AUBURN ALABMA, AL 02595
RETAIN FOR COMPARISON WITH MONTHLY
STATEMENT OR FOR RETURN OR EXCHANGE

SALESCHECK #
025950220440

CUSTOMER: RONDA PORCH

TRAN#  PG/STORE  REG#  ASSOC#
0440    01 02595  022    190

**RETURN**
DATE SOLD: 07/31/04  SOLD BY: 190
SALES CHECK #: 025950220437
70 46312292 3Y HOMEMPA RET  169.99S-
                SUBTOTAL    169.99-
                TAX          .00
                SPECIAL TAX  .00
CARD TYPE: SEARS MASTERCARD
ACCT #: M9805
07/31/04 SEARS MSTRCRD CREDIT  169.99-

SATISFACTION GUARANTEED
OR YOUR MONEY BACK!
PLEASE RETAIN THIS RECEIPT TO
RECEIVE A REFUND IN THE FORM OF YOUR
ORIGINAL PAYMENT

---

**SEARS**
AUBURN ALABMA, AL 02595
RETAIN FOR COMPARISON WITH MONTHLY
STATEMENT OR FOR RETURN OR EXCHANGE

SALESCHECK #
025950220437

STORE: 02595
DELIVER TO:
PURCHASER:      RONDA PORCH
CUSTOMER:       RONDA PORCH
ADDRESS:        1768 HOLMAN ST
CITY/STATE:     ALEX CITY, AL
ZIP CODE:       35010
PHONE:          256-329-8331

EXPECTED DATE:  08/30/04

TRAN#  PG/STORE  REG#  ASSOC#
0437    01 02595  022    190

**MERCHANDISE ORDERED**
**CUSTOMER PICKUP**
46 54596   REFRIG 25 SAL  1099.99T
ORDERED
70 46312292 3Y HOMEMPA MDS  169.99S
EXPIRES: 08/30/07
                SUBTOTAL    1269.98
                TAX 08.000%   88.00
                SPECIAL TAX    .00
CARD TYPE: SEARS MASTERCARD
ACCT #: M9805
AUTH CODE: 021413
DELAYED DATE:        07/31/05
DELAY REASON:       PROMOTIONAL
07/31/04     DELAYED TOTAL  1357.98

THANK YOU FOR BEING A
SEARS PREMIER CUSTOMER

**PHONE ORDER**

SATISFACTION GUARANTEED
OR YOUR MONEY BACK!
PLEASE RETAIN THIS RECEIPT TO
RECEIVE A REFUND IN THE FORM OF YOUR
ORIGINAL PAYMENT

SHOP ANYTIME ON SEARS.COM

**SEARS**
AUBURN ALABMA AL 02595

RETAIN FOR COMPARISON WITH MONTHLY
STATEMENT OR FOR RETURN OR EXCHANGE

SALESCHECK #
0259502204380

DELIVER TO:       STORE 02595
PURCH:         RHONDA HOPKINS
CUSTOMER:      RHONDA HOPKINS
ADDRESS:       1760 HOPKINS ST
CITY/STATE:    ALEX CITY, AL
               35010
               256-329-8031

MERCHANDISE ORDERED
CUSTOMER PICKUP
22 17463      KNE, DISHW MOS 547.89T
                     ORDERED
22 13613      KM, COMPAR SAL 479.99T
                     ORDERED
22 94213   30" KENMOR SAL 569.99T
                     ORDERED
MULT CREDIT $       -65.00T
              SUBTOTAL 1532.87
              TAX 08.000%  130.63V
CARD TYPE:  SEARS MASTERCARD
ACCT #  M9805
AUTH CODE:  087872
DELAYED DATE:  07/31/04
DELAY REASON:  PROMOTIONAL
0793 07045   DELAYED TOTAL 1763.50

THANK YOU FOR BUYING A
SEARS PREMIER CUSTOMER

PHONE ORDER

IN THE FORM OF YOUR
ORIGINAL PAYMENT

INSTALLATION OF ANTI-TIP BRACKETS
IS NOT INCLUDED WITH DELIVERY

SHOP ANYTIME ON SEARS.COM

REBATE RECEIPT

TRAN# PG/STORE REG# ASSOC#
0438 01 02595 022 190

SATISFACTION GUARANTEED

22 17463 YKMB DISHW MDS 647.89T
22 94213 30" KENMOR SAL 569.99T

REBATE RECEIPT

07/31/04 DELAYED TOTAL 1763.50

RECEIPT VALID FOR REBATE SUBMISSION ONLY

PROGRAM #: 04-78880

MAIL-IN
REBATE FORM

REBATE:
FREE DELIVERY ON ANY COOKING
APPLIANCE OR DISHWASHER OVER $399
STD. LOCAL DELIVERY ONLY.
$_____ - $_____ = $_____
TOTAL DEL. NON-STD AMT OF REBATE
FREE STD LOCAL DEL. OUTSIDE LOCAL DEL.
AREA CUSTOMER PAYS ANY EXTRA CHARGES.
NON-STD, NON-LOCAL CHARGES WILL NOT BE
REIMBURSED. EXCLUDES KITCHENAID BUILT IN
REFRIGERATORS.
CANNOT BE COMBINED WITH DISHWASHER
INSTALLATION REBATES.

PLEASE FILL-IN CUSTOMER INFORMATION:

NAME: _____

ADDRESS: _____

ADDRESS: _____

CITY: _____

STATE: _____

ZIP: _____

PHONE: _____

EMAIL (OPTIONAL): _____

ITEM:
22 17463 YKMB DISHW MDS 647.89T
22 94213 30" KENMOR SAL 569.99T

OFFER DATE: 07/25/04 TO 07/31/04

POSTMARK DATE
8/31/04

PROOF OF PURCHASE REQUIREMENTS:
REBATE FORM AND REBATE RECEIPT

PROGRAM #: 04-78880

PHONE: _____

EMAIL (OPTIONAL): _____

ITEM:
22 17468 ASAKMP DISHW MDS 647.89T
22 94213 Y30 KENMOR SAL 569.99T

OFFER DATE: 07/25/04 TO 07/31/04

POSTMARK DATE:
8/31/04

PROOF OF PURCHASE REQUIREMENTS:
REBATE FORM AND REBATE RECEIPT

PROGRAM #: 04-78880

CLIP AND SAVE THIS FOR YOUR RECORDS

MAIL ALL THE ABOVE TO:
SEARS COOKING/DISHWASHER OFFER 04-78880
PO BOX: 028541
MIAMI, FL. 33102-8541

TERMS AND CONDITIONS
NO P.O. BOXES ARE ACCEPTED. NO REPRODUCTIONS OF UPC SYMBOL ACCEPTED (REQUESTS FROM GROUPS, DEALERS, DISTRIBUTORS, THEIR EMPLOYEES, OR WAREHOUSE FACILITIES, CLUBS, OR ORGANIZATIONS WILL NOT BE HONORED). CLAIM FORMS POSTMARKED AFTER THE POSTMARK DATE NOTED ABOVE WILL NOT BE HONORED. OFFER GOOD ONLY IN THE USA. VOID WHERE PROHIBITED, TAXED, OR RESTRICTED BY LAW. THIS REBATE FORM HAS NO CASH VALUE. SEARS AND THIS STORE ARE NOT RESPONSIBLE FOR LOST, LATE, DAMAGED, MISDIRECTED, ILLEGIBLE, INCOMPLETE, POSTAGE-DUE, OR STOLEN MAIL. PLEASE RETAIN COPIES OF YOUR REQUEST AND RECEIPT FOR YOUR RECORDS.

DATE PURCHASED: _____
DATE MAILED: _____
PROGRAM #: 04-78880

ALLOW 8 TO 11 WEEKS FOR RECEIPT OF YOUR REBATE

QUESTIONS CONCERNING YOUR REBATE?
CALL 1-800-779-7844 BETWEEN THE HOURS OF 7 AM - 7 PM CST, M-F



```
            SEARS
      AUBURN, ALABAMA, AL 02595
      ||||||||||||||||||||||

   RETAIN FOR COMPARISON WITH MONTHLY
   STATEMENT OR FOR RETURN OR EXCHANGE

            SALESCHECK #
            025950220439

   DELIVER TO:           STORE 02595

   PURCHASER:    RONDA PORCH
   CUSTOMER:     RONDA PORCH
   ADDRESS:      1768 HOLMAN ST
   CITY/STATE:   ALEX CITY, AL
   ZIP CODE:     35010
   PHONE:        256-329-8331

   EXPECTED DATE:        09/01/04

   TRAN#   PG/STORE  REG#    ASSOC#
   0439    01 02595   022     190

        MERCHANDISE ORDERED
         CUSTOMER PICKUP
   22 63653    KM MHC  1 SAL  399.99
                          ORDERED
                SUBTOTAL    399.99
                TAX 08.000%  32.00

   CARD TYPE: SEARS MASTERCARD
   ACCT #: M9805
   AUTH CODE:   045775
   DELAYED DATE:  07/31/09 OR
   DELAY REASON:       PROMOTIONAL
   07/31/04    DELAYED TOTAL  431.99

          THANK YOU FOR BEING A
          SEARS PREMIER CUSTOMER

              PHONE ORDER

          SATISFACTION GUARANTEED
          OR YOUR MONEY BACK
       PLEASE RETAIN THIS RECEIPT TO
       RECEIVE A REFUND IN THE FORM OF YOUR
              ORIGINAL PAYMENT

         SHOP ANYTIME ON SEARS.COM
                SEARS

          SATISFACTION GUARANTEED
             OR YOUR MONEY BACK
```