# EXHIBIT G

## DECLARATION OF CLINT TILL

The undersigned, Clint Till, deposes and states as follows:

1. My name is Clint Till, and I am over the age of nineteen (19) years. I have personal knowledge of the facts set forth in this Declaration, and I give this Declaration voluntarily, without coercion and under penalty of perjury.

2. I began working for Sears, Roebuck & Co., at its store located in Auburn, Alabama, as a sales associate in 2001. I initially worked in the hardware department. I worked only part-time because I was a student at Auburn University.

3. In the summer of 2003, I was promoted to the appliance department. I worked as a part-time sales associate in the appliance department until December 2003, at which time I resigned because I found a different job.

4. As a sales associate in the appliance department, my duties primarily included being familiar with Sears' promotions and discounts, selling appliances to customers, working the cash register, keeping the sales area and the appliances clean, unpacking and setting out the appliances and the accessories on the sales floor for display, and any other duties that management asked me to perform.

5. In February 2004, Sears rehired me as an MCA for the hardware department. As an MCA my duties included arranging the merchandise out on the sales floor, setting up the displays and ordering inventory. I did not sell merchandise as an MCA. I worked as an MCA until June 2004.

6. From June 2004 through November 2004, I worked as the Project Merchandising Lead on the remodel team. As the Project Merchandising Lead, I was responsible for overseeing the move and relocation of Sears' products when the store was being remodeled. There were

1465926

several black employees as well as white employees who helped with the remodel or worked on the remodel team.

7. In November 2004, I went back to being the MCA for the hardware department. I stopped working at Sears in November 2005.

8. During my employment with Sears, I received and was trained on the policies in Sears' Associate Handbook, including its policy against unauthorized discounts. Sears' unauthorized discount policy strictly prohibits sales associates from applying a coupon or other type of discount to a transaction when the customer is not eligible to receive the coupon or discount. I understood from the handbook and my training that Sears considered the giving of unauthorized discounts to be unethical and unacceptable behavior and that associates could be terminated for it.

9. When I was employed with Sears, Sears offered various coupons to its customers. The coupons had terms and conditions written on them including what products the coupon could be applied to and what customers were eligible to receive the discount on the coupon. During my employment at Sears, I was trained to read the terms of the coupon to see if the customer was entitled to receive the discount. I was also trained to either discard the coupons or turn them in with the transactions for that day and not reuse coupons.

10. When I worked as a sales associate, I either discarded the coupons or turned them into the cash office with the sales for that day after I used the coupon.

11. I recall that when I was a sales associate Sears' managers frequently held meetings with the sales associates to review Sears' policies, including its policy against unauthorized discounts.

12.  I never gave a customer an unauthorized discount using Sears' service coupon or any other coupon. I do not recall ever even giving a customer a discount using Sears' $65.00 service coupon. I understood that the $65.00 service coupons were only to be given out by Sears' in-home service technicians (and not the sales associate) when a customer had declined a repair. I further understood that the customer would then bring this coupon to the store and present it to the sales associate to use towards the purchase of a replacement item, and that after the customer gave the coupon the sales associate, the associate was supposed to discard the service coupon or hand it into the cash office.

13.  No one from management ever told me to use coupons, including the service coupon, to close a sale if the customer was not eligible to receive the coupon.

14.  I never heard anyone from management, including Kenny Reese, Terry Gandy, or John Lawrie, instruct any of the sales associates to use a service coupon or any other coupon to close a sale if the customer was not eligible to receive the coupon.

15.  I never saw any one from management put any service coupons by the register or hand them out to sales associates.

16.  I never observed Kenny Reese, Terry Gandy, John Lawrie, or anyone in management treat black associates more favorably than white associates.

17.  I never observed that Kenny Reese spoke to white associates more than he spoke to black associates. Kenny Reese hardly ever spoke to me when I worked at Sears. I am white.

18.  When I worked at Sears, I heard Kenny Reese tell sales associates, both black and white, to go assist customers rather than watch the televisions in the electronics department during a football game.

19. When Kenny Reese was the Store General Manager, he would ask me to make copies of various documents for him.

20. During my employment with Sears, I heard members of management, including Terry Gandy, tell both black and white associates not to eat on the sales floor.

21. I never heard Kenny Reese, Terry Gandy, John Lawrie, or anyone in management at Sears ever make any derogatory remarks about African-Americans.

22. I never heard Kenny Reese, Terry Gandy, or John Lawrie say that Denise Smith was terminated because of her race.

23. I have never spoken to Terry Gandy, Kenny Reese or anyone from management at Sears regarding Smith's termination. I have no reason to believe that Smith's termination had anything to do with her race.

24. I have no reason to believe that Terry Gandy, Kenny Reese, or anyone in management thought that I had violated Sears' unauthorized discount policy.

25. I am not aware of any Sears employees who have given a customer an unauthorized discount and who have been retained.

26. I was not working as a sales associate when Sears investigated the misuse of the service coupon in November 2004.

27. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_5-31-2006_  
Date

_Clint Till_  
Clint Till

1465926                    4