IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH, | ) |
|     Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) Civil Action No.: 3:05cv1018-MHT |
| | ) |
| SEARS ROEBUCK & CO., | ) |
|     Defendant. | ) |

## AMENDED COMPLAINT

Plaintiff amends Plaintiff's Complaint filed on October 24, 2005, as follows:

1. Plaintiff repeats the information and realleges the allegations contained in paragraphs 1 through 12 of Plaintiff's Complaint filed on October 24, 2005.

2. Plaintiff seeks the following:
   A. Punitive damages as provided for by the Civil Rights Act of 1991 in Section 1981A(b)(1).
   B. $300,000.00 in total damages as provided for by the Civil Rights Act of 1991 in Section 1981A(b)(3)(D).

                                               T. Robin McIntyre
                                               Attorney for Plaintiff
                                               2101 Executive Park Dr.
                                               Opelika, AL 36801
                                               (334) 745-3223

CERTIFICATE OF SERVICE

      I do hereby certify that I have on this  15  day of  June  , 2006, by U.S. Mail sent a copy of the above to:

Hon. Mieke A. Hemstreet
Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

                                                _/s/ T. Robin McIntyre_
                                                T. Robin McIntyre