IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH, )<br>     )<br>    Plaintiff, )<br>     )<br>    v. )<br>     )<br>SEARS, )<br>     )<br>    Defendant. ) | CIVIL ACTION NO.<br>3:05cv1018-MHT |

ORDER

It is ORDERED that the motion for summary judgment (doc. no. 14) is set for submission, without oral argument, on July 5, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 16th day of June, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE