IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **DENISE L. SMITH,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:05cv1018-MHT |
| ) | |
| **SEARS,** ) | |
| ) | |
|    Defendant. ) | |

### ORDER

It is ORDERED that the motion to amend complaint (doc. no. 17) is granted. The court assumes that the defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 19th day of June, 2006.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**