IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 3:05cv1018-MHT |
| | ) |
| SEARS ROEBUCK & CO., | ) |
|     Defendant. | ) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO SEARS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff request through T. Robin McIntyre, attorney of record for Plaintiff, that the Court will grant an enlargement of 7 days to the Plaintiff for the Plaintiff to respond to Sears' Motion for Summary Judgment. The additional time is needed to review and respond to over 550 pages which was filed by Sears as their brief and exhibits. Counsel did not receive Sears' Motion for Summary Judgment until June 20, 2006. Counsel has spoken to opposing counsel and opposing counsel does not object to the enlargement of 7 days. The Court has set the filing date for the response on July 5, 2006, and counsel request the date be reset to July 12, 2006.

T. Robin McIntyre
Attorney for Plaintiff
2101 Executive Park Dr.
Opelika, AL 36801
(334) 745-3223

CERTIFICATE OF SERVICE

I do hereby certify that I have on this __21__ day of __June__, 2006, by U.S. Mail sent a copy of the above to:

Hon. Mieke A. Hemstreet
Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

*T. Robin McIntyre*
T. Robin McIntyre