IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH, ) | |
| ) | |
|   Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv1018-MHT |
| ) | |
| SEARS, ) | |
| ) | |
|   Defendant. ) | |

**ORDER**

It is ORDERED as follows:

(1) The motion for enlargement of time (doc. no. 21) is granted.

(2) The motion for summary judgment (doc. no. 14) is reset for submission, without oral argument, on July 26, 2006, with any opposing brief and evidentiary materials due by said date. The court has given the additional time because the undersigned will be on vacation until July 25, 2006.

DONE, this the 22nd day of June, 2006.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE