IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DENISE L. SMITH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv1018-MHT |
| | ) | |
| SEARS, ROEBUCK & CO., | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that defendant's opposition to amendment (doc. no. 23) is set for submission, without oral argument, on July 6, 2006, with all briefs due by said date.

DONE, this the 27th day of June, 2006.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE