# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No.: 03-CV-05-1018<br>) |
| SEARS ROEBUCK & CO.,<br>    Defendant. | )<br>) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION

Plaintiff has attached to this response the requested information for the Defendant.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __21__ day of __Apr__, 2006, by U.S. Mail sent a copy of the above Response to:

Hon. Mieke A. Hemstreet
Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

_____
T. Robin McIntyre

**INTERROGATORIES**

1. Denise Lorraine Smith, 930 Holmes Avenue, Auburn, Alabama 36832, Lee County Hospital, Opelika, Alabama 36801

2. 930 Holmes Avenue, Auburn, Alabama 36832
   645 Thorpe Street, Auburn, Alabama 36832
   2403A Dorsey Street, Opelika, Alabama 36801

3. Auburn University, 7080 Haley Center; Auburn University, Alabama 36849; March 14, 2005 to present; $9.78 per hour; Phillis Hodge, Office Administration Assistant; still employed
   Belk Department Store, 1627 Opelika Road, Auburn, Alabama 36830; August, 2005- November, 2005; $9.50 per hour; Scott Wallace, Sales Associate, Health reasons
   Dillards, 1627 Opelika Road, Auburn, Alabama 36830; December 14, 2004 - July, 2005; $9.50 per hour; Sharon Anne Sealy, Sales Associate, work for Belk
   Auburn City Schools, 855 E. Samford Avenue, Auburn, Alabama 36830; April, 1995-April-2004; 13.85 per hour; Annie Swinney; Bus Driver; forced to resigned by Sears Store Manager, Kenny Reese

4. $400.00; Alabama State Unemployment Compensation; also stated above in #3

5. Bankruptcy, 1999; Federal Court; Opelika, Alabama
   Denise L. Smith v. Auburn City Board of Education; 2000; Lee County Circuit Court, Opelika, Alabama, 36830

6. Trespassing; Lee County, Opelika, Alabama; March, 2000

7. Auburn City Schools for 1-12, Auburn, Alabama;1970- June, 1983
   Opelika Technical College; Opelika, Alabama; 1983-1984

8. Shannon Bryant, 4207 Oak Bowery Road, Opelika, Alabama 36830, 334-741-0199, Morningside Assistant Living
   Wilborn Sanders, 1717 Centra Villa Drive, South West, Apt. B-65, Atlanta, Georgia 30311, 1-678-913-9160, employment n/a
   Geraldine Barnes, 744 Lochapoka Highway, Auburn, Alabama 36830, 334-887-6765, Auburn City Schools
   Jimmie Tyson, 1403 Douglas Street, Opelika, Alabama 36801, 334-745-0643, LaGrange City Schools
   Byron Mason, 1627-5 Opelika Road, Auburn, Alabama 36830, 334-502-2059, Sears
   James Benson, 165 Lee Road 453, Waverly, Alabama 36879, 334-826-9699, State of Alabama
   Anthony Smiley, 974 Madwind Road, Jackson Gap, Alabama 36861, 334-703-5270, State of Alabama

      Louis Collins, 718 Tiger Town, Opelika, Alabama 36801, 334-737-0156, Ross Dress For Less
      Greg Newton, 1500 Eastdale Mall, Montgomery, Alabama 36117, 334-271-8266, Sears
      Nina Fitzwater, 2311 Gateway Drive, Opelika, Alabama 36801, 334-745-8028, Lee County Circuit Clerks Office
      Stephanie Darby, 1627-5 Opelika Road, Auburn, Alabama 36830, 334-502-2059, Sears
      Carolyn Landers, 1359 Teaberry Court, Auburn, Alabama 36830, 334-887-7159
      Clint Teal, 13771 Halso Mill Road, Greenville, Alabama 36037, 334-382-2035

9.    Yes, refer to the same as mentioned above in #8

10.   Refer to the same as mentioned above in #5

11.   n/a

12.   n/a

13.   a) same as #1 under subheading "Request For Production" and same as #8 above

      b) same as #1 under subheading "Request For Production" and same as #8 above

14.   a) same as #1 under subheading "Request For Production" and same as #8 above

      b) same as #1 under subheading "Request For Production" and same as #8 above

15.   a) same as #1 under subheading "Request For Production" and same as #8 above

      b) same as #1 under subheading "Request For Production" and same as #8 above

16.   a) same as #1 under subheading "Request For Production" and same as #8 above

      b) same as #1 under subheading "Request For Production" and same as #8 above

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

DENISE L. SMITH,            )
    Plaintiff,           )
                         )
vs.                         ) Civil Action No.: 03-CV-05-1018
                         )
SEARS ROEBUCK & CO.,        )
    Defendant.           )

### PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION

Plaintiff states the following by paragraph number:

1. All information sent to Defendant.
2. None
3. None
4. See tax information
5. See tax information
6. See copy delivered to Defendant's Attorney
7. See State of Alabama Board of Appeals Decision
8. N/A, There is no claim for any medicals as part of this action.
9. N/A, There is no claim for any medicals as part of this action.
10. None
11. None
12. All information sent to Defendant.
13. All information sent to Defendant.
14. All information sent to Defendant.
15. All information sent to Defendant.
16. All information sent to Defendant.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __27__ day of __Apr__, 2006, by hand delivery delivered a copy of the above Response to:

Hon. Mieke A. Hemstreet
Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

_____
T. Robin McIntyre