IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

DENISE L. SMITH, )
    Plaintiff, )
     )
vs. ) Civil Action No.: 3:05cv1018-MHT
     )
SEARS ROEBUCK & CO., )
    Defendant. )

**RECEIVED** 2006 JUL 10 P 3:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Counsel for the Plaintiff files the following:

1. A settlement conference between the parties counsel was held in Montgomery, Alabama, on June 30, 2006. A settlement in this matter was not possible at this time.

2. Sears has a pending Motion for Summary Judgement if Sears is not granted their motion for Summary Judgement then both parties believe mediation will assist them in resolving this case short of trial.

*/s/ T. Robin McIntyre*
T. Robin McIntyre
Attorney for Plaintiff
2101 Executive Park Dr.
Opelika, AL 36801
(334) 745-3223

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __10__ day of __July__, 2006, by U.S. Mail sent a copy of the above to:

Hon. Mieke A. Hemstreet
Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

_____
T. Robin McIntyre