IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH,                )<br>                                 )<br>    Plaintiff,                   )<br>                                 )<br>    v.                           )<br>                                 )<br>SEARS, ROEBUCK & CO.,            )<br>                                 )<br>    Defendant.                   ) | CIVIL ACTION NO.<br>3:05cv1018-MHT |

ORDER

It is ORDERED that defendant's opposition to amendment (doc. no. 23) is denied.

DONE, this the 28th day of July, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE