IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **DENISE L. SMITH,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv1018-MHT |
| ) | |
| **SEARS, ROEBUCK & CO.,** ) | |
| ) | |
|    Defendant. ) | |

### ORDER

It is ORDERED that the motion to strike (doc. no. 26) is set for submission, without oral argument, on August 9, 2006, with all briefs due by said date.

DONE, this the 28th day of July, 2006.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**