IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-CV-05-1018-MHT |
| | ) |
| SEARS, ROEBUCK & CO., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S
RESPONSE AND OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

**COMES NOW** the defendant, Sears, Roebuck & Co., ("defendant" or "Sears"), and moves this Court to grant it leave to file a reply brief in response to Plaintiff's Response and Opposition to Defendant's Motion for Summary Judgment. As grounds for its Motion for Leave, Sears states as follows:

1. The plaintiff filed her Complaint on October 24, 2005, alleging a single claim of race discrimination under Title VII of the Civil Rights Act of 1964. Defendant timely answered the plaintiff's Complaint denying that it had engaged in any unlawful discrimination.

2. The Court entered an order scheduling the submission of evidence and briefs in opposition to the defendant's motion for summary judgment. The order does not provide for the submission of a reply brief in response to the plaintiff's opposition to the defendant's motion for summary judgment.

3. Based on the plaintiff's brief submitted in response to Sears' motion for summary judgment, a reply brief is necessary in this case for the following reasons.

1489864

a. In the plaintiff's opposition to Sears' motion for summary judgment, the plaintiff argues that <u>three</u> sales associates are similarly situated to the plaintiff. The plaintiff, however, failed to disclose <u>two</u> of these individuals at anytime during the course of discovery or during her deposition. A reply brief is the only means available providing the defendant the opportunity to address for the first time the plaintiff's arguments surrounding these newly disclosed comparators.

b. The plaintiff, for the <u>first time</u> in her brief, contends that she now has "direct evidence" to support her claim. Although the alleged statement is blatantly inadmissible hearsay, a reply brief is necessary to permit Sears the opportunity to properly address this belated allegation.[1]

c. The plaintiff has submitted and relies on the declarations of other former employees of Sears, which purportedly support her opposition to Sears' motion for summary judgment. These declarations, including the portions upon which she relies in her brief, contain <u>inadmissible hearsay</u> and <u>conclusory</u> and <u>speculative</u> statements.

d. The plaintiff's opposition attempts to misdirect the Court's attention to facts that are <u>not material</u> to the issues before this Court and have no probative value. A reply brief permits Sears to identify these irrelevant facts and articulate the reasons that the plaintiff's evidentiary submission fails to create an issue of <u>material</u> fact.

---

[1] Sears has filed a Motion to Strike in conjunction with its Motion for Leave to File a Reply Brief and the attached Reply Brief seeking to strike from the record this testimony as well as several other portions of the declarations the plaintiff submitted with her opposition.

1489864

4. The Court's decisional process will be aided by consideration of Sears' Reply Brief in Support of Defendant's Motion for Summary Judgment, which is attached hereto as "Exhibit A."

WHEREFORE, the premises considered, Sears respectfully requests that this Court grant its motion and consider the legal arguments contained in the attached reply brief.

/s/ Mieke A. Hemstreet
Mac B. Greaves (GRE007)
Mieke A. Hemstreet (HEM007)
Attorneys for Defendant
Sears, Roebuck & Co.

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the above and foregoing pleading on counsel by filing the foregoing with the Clerk of the Court using the CM/EMF system on this the 10th day of August, 2006:

T. Robin McIntyre
2101 Executive Park Drive
Opelika, AL  36801

/s/ Mieke A. Hemstreet
OF COUNSEL

1489864