IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv1018-MHT |
| ) | |
| SEARS, ROEBUCK & CO., ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant's motion for leave to file a reply (doc. no. 35) is granted.

(2) Plaintiff is allowed 14 days from the date of this order to respond if she so desires.

DONE, this the 14th day of August, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE