IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DENISE L. SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 03-CV-05-1018-MHT |
| | ) |
| **SEARS ROEBUCK & CO.,** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S EXHIBIT LIST

COMES NOW Defendant, Sears Roebuck and Co. ("Sears"), pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and this Court's Scheduling Order entered on January 23, 2006 and submits the following as its Exhibit List:

1. Sears' EEO policy (Def. 00021, 00054-57).

2. Sears Employee Handbook produced by plaintiff (Pltf. 00113-00152).

3. Sears' $65.00 service coupon (Def. 00060-61).

4. Investigative documents (associate summaries and/or journal tapes) regarding Denise Smith's sales transactions (Def. 00066-00093).

5. Investigative documents (associate summaries and/or journal tapes) regarding Beatrice Willis' sales transactions (Def. 00150-00195).

6. Investigative documents (associate summaries and/or journal tapes) regarding Jackie Dodson's sales transactions (Def. 00108-00121).

7. Investigative documents (associate summaries and journal tapes) regarding Carolyn Landers' sales transactions (Def. 00102-00105).

8. Statement of Denise Smith dated November 8, 2004, from Sears' investigation into the abuse of the service coupon. (Def. 00001).

9. Statement of Beatrice Willis dated November 1, 2004, from Sears' investigation into the abuse of the service coupon (Def. 00146).

1499780

10. Statement of Jackie Dodson dated November 15, 2004, from Sears' investigation into the abuse of the service coupon (Def. 00107).

11. Terry Gandy's statement and notes regarding his investigation into abuse of the service coupon (Def. 00062, 00063, 00106, 00143-00145, 00147).

12. Personnel records of Denise L. Smith (Def. 00002, 00006, 00241-00262).

13. Plaintiff's Responses to First Interrogatories and Request for Production of Documents (with corresponding documents marked Pltf. 00001-00152).

14. Copies of documents from Sears' computer system obtained and produced by plaintiff (Pltf. 00081-00099).

15. E-mail signed by Terry Gandy regarding the termination of Michael Cunningham (Def. 00096).

16. Records reflecting plaintiff's earnings while employed with Sears, including plaintiff's tax returns, W-2's, and other records of earnings.

17. Records reflecting plaintiff's earnings since her termination at Sears, including plaintiff's tax returns, W-2's, and other records of earnings.

18. Records subpoenaed from plaintiff's past and current employers, which include Belk's, Dillard's, Auburn University, Auburn City Schools, and Opelika City Schools.

19. Personnel records related to Stephanie Darby (Def. 00095, Def. 00263-00269).

20. Personnel records of Carolyn Landers (Def. 00125-00128).

21. Personnel records related to Clint Till (Def. 00094, Def. 00270-276).

22. Personnel records related to Shannon Bryant (Def. 00132-137).

23. Personnel records of Beatrice Willis (Def. 00138-00149).

24. Personnel and termination documents related to Michael Cunningham.

25. Personnel and termination documents related to Chris Pritchett.

26. Personnel and termination records related to Brent Haney.

27. Declaration of Terry Gandy and exhibits attached thereto.

28. Declaration of Byron Mason and exhibits attached thereto.

29. Declaration of Kenny Reese.

30. Declaration of John Lawrie.

31. Declaration of Stephanie Darby.

32. Declaration of Clint Till.

33. Declaration of Carolyn Landers.

34. Declaration of Jackie Dodson and exhibit attached thereto.

35. Documents necessary for impeachment or rebuttal.

36. Documents necessary to refute plaintiff's claim and/or establish affirmative defenses.

37. Documents produced by the defendant in discovery.

38. Documents listed by the plaintiff to which the defendant does not object.

39. Documents submitted in connection with Defendant's Motion for Summary Judgment.

40. Deposition of Denise Smith and the exhibits attached thereto. (For impeachment and purposes.)

41. Declaration of Denise Smith and the exhibits attached thereto.

42. Deposition of Shannon Bryant. (For impeachment purposes.)

43. Declaration of Shannon Bryant and exhibits attached thereto.

44. Declaration of James Benson.

45. Declaration of Beatrice Willis.

46. Declaration of Louis Collis.

47. Deposition Beatrice Willis and exhibits attached thereto. (For impeachment purposes.)

48. Loss prevention records pertaining to investigation of stolen 32 inch Magnovox television in June 2005 (Def. 00196-00240).

49. EEOC Charge and EEOC Dismissal and Right to Sue (Def. 00003-00004).

50. Sears' Position Statement submitted in response to plaintiff's EEOC charge.

51. Calendar of Events.

52. Various charts, graphs, and models.

/s/ Mieke A. Hemstreet
Mac B. Greaves (GRE007)
Mieke A. Hemstreet (HEM007)
Attorneys for Defendant
SEARS ROEBUCK & CO.

OF COUNSEL:

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the above and foregoing pleading on counsel by filing the foregoing with the Clerk of the Court using the CM/EMF system and by U.S. First Class Mail on this 14th day of September, 2006:

T. Robin McIntyre
2101 Executive Park Drive
Opelika, AL 36801

/s/ Mieke A. Hemstreet
OF COUNSEL

1499780

4