IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-CV-05-1018-MHT |
| | ) |
| SEARS ROEBUCK & CO., | ) |
| | ) |
|     **Defendant.** | ) |

**DEFENDANT'S WITNESS LIST**

COMES NOW Defendant, Sears Roebuck & Co. ("Sears"), pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and submits the following as its Witness List:

1. Denise L. Smith (Expected)
   c/o T. Robin McIntyre
   2101 Executive Park Drive
   Opelika, Alabama 36801
   (334) 745-3223

2. Kenneth Reese (Expected)
   163 Hunters Pointe Drive
   Villa Rica, Georgia 30180
   (770) 456-2569

3. Terry Gandy (Expected)
   Sears Roebuck & Co.
   1400 Metro Center Drive
   Jackson, Mississippi 39209-7520
   (601) 360-0734

4. Bryon Mason (Expected)
   c/o Sears Roebuck & Co.
   1627-5 Opelika Road
   Auburn, Alabama 36830
   (334) 502-2059

1499384

5.  Ben Burdette (May Call)
    c/o Sears Roebuck & Co.
    1627-5 Opelika Road
    Auburn, Alabama 36830
    (334) 502-2059

6.  Jason Patrick (May Call)
    c/o Sears Roebuck & Co.
    5555 Whittlesey Blvd., Suite 3000
    Columbus, Georgia 31909
    (706) 571-6100

7.  John Lawrie (Expected)
    118 Washington Way
    LaGrange, Georgia 30240
    (706) 882-0106

8.  Jackie Dodson (Expected)
    2103 Waverly Parkway
    Lot #3
    Opelika, Alabama 36801

9.  Carolyn Landers (Expected)
    1359 Teaberry Court
    Auburn, Alabama 36830
    (334) 559-3486

10. Nina Fitzwater (May Call)
    2506 Frederick Road
    Opelika, Alabama 36801
    (334) 745-7858

11. Stephanie Darby (Expected)
    2601 New Orleans Street SW
    Apt. 1822
    Huntsville, AL 35805
    (256) 539-0764

12. Clint Till (Expected)
    13771 Halso Mill Road
    Greenville, Alabama 36037
    (334) 590-3233

13. Merle Miller (May Call)
    (current address unknown)

1499384

14. Amy King (May Call)
c/o Sears Roebuck & Co.
3333 Beverly Road
Hoffman, Estates, Illinois 60192-3322
(847) 286-2500

15. Tammy Calhoun (May Call)
c/o Sears Roebuck & Co.
1627-5 Opelika Road
Auburn, Alabama 36830
(334) 502-2059

16. Stacy Dumas (May Call)
c/o Sears Roebuck & Co.
1627-5 Opelika Road
Auburn, Alabama 36830
(334) 502-2059

17. Betty Graham (May Call)
c/o Sears Roebuck & Co.
1627-5 Opelika Road
Auburn, Alabama 36830
(334) 502-2059

18. Barbara McDonald (May Call)
c/o Sears Roebuck & Co.
1627-5 Opelika Road
Auburn, Alabama 36830
(334) 502-2059

19. Rosa Jackson (May Call)
c/o Sears Roebuck & Co.
1627-5 Opelika Road
Auburn, Alabama 36830
(334) 502-2059

20. Any witnesses necessary for rebuttal.

21. Any witnesses necessary for impeachment.

22. Any witnesses listed by the plaintiff.

23. Any witnesses discovered and disclosed prior to trial.

/s/ Mieke A. Hemstreet
Mac B. Greaves (GRE007)
Mieke A. Hemstreet (HEM007)
Attorneys for Defendant
SEARS ROEBUCK & CO.

OF COUNSEL:

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the above and foregoing pleading on counsel by filing the foregoing with the Clerk of the Court using the CM/EMF system and by U.S. First Class Mail on this 14th day of September, 2006:

T. Robin McIntyre
2101 Executive Park Drive
Opelika, AL 36801

/s/ Mieke A. Hemstreet
OF COUNSEL