# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

|  |  |
|---|---|
| **DENISE L. SMITH,** | ) |
| **Plaintiff,** | ) |
|  | ) |
| **vs.** | ) **Civil Action No.: 03-CV-05-1018-MHT** |
|  | ) |
| **SEARS ROEBUCK & CO.,** | ) |
| **Defendant.** | ) |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff, Denise L. Smith, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, submits the following Exhibit List:

1. Plaintiff's Sears Employee Handbook

2. Copies of coupons provided to Sears

3. Copies of pictures of coupons in cash draw

4. Letter to Sears from Joyce and Thomas Corbin

5. Weekly Schedules for 2004 and 2005

6. Extra Income Potential sheet, June Bonuses–626

7. Hand Out! Comm Binder! From Kenneth Reese

8. Closeout Bonuses, from Kenneth Reese

9. Hand written sheet on mark downs

10. Copies Customer Records and Associate Summaries

11. SSG and Holiday Store hours

12. Interview with Denise Smith

13. Statement of Denise Smith dated 11/8/04

14. Copies of Associate Summaries with journal tapes

15. Copy of page Sears customer discovery guide

16. Copy of Purchases by Terry Gandy on 11/4/04

17. Tax Returns for Denise Smith

18. Declaration of Terry Gandy and exhibits attached thereto

19. Declaration of Byron Mason and exhibits attached thereto

20. Declaration of Kenny Reese

21. Declaration of John Lawrie

22. Declaration of Stephanie Darby

23. Declaration of Clint Till

24. Declaration of Carolyn Landers

25. Declaration of Jackie Dodson and exhibit attached thereto

26. Documents necessary to refute defendant's defenses

27. Documents produced by Sears in discovery

28. Documents submitted in connection with Sears' Motion for Summary Judgment

29. Various charts, graphs, and models

30. Calendar of Events

T. Robin McIntyre
Attorney for Plaintiff
2101 Executive Park Dr.
Opelika, AL 36801
(334) 745-3223


## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _27_ day of _Sept_, 2006, by hand delivery a copy of the above was delivered to:

Hon. Mac B. Greaves
Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

T. Robin McIntyre