IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DENISE L. SMITH, | ) | |
|    Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 03-CV-05-1018-MHT |
| | ) | |
| SEARS ROEBUCK & CO., | ) | |
|    Defendant. | ) | |

RECEIVED
2006 SEP 27 P 12: 51

## PLAINTIFF'S WITNESS LIST

Plaintiff, Denise L. Smith, pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, submits the following Witness List:

1. Beatrice Willis (Expected)
   18 Brannon Ave.
   Opelika, AL 36801

2. Shannon Bryant (Expected)
   4207 Oak Bowery Rd.
   Opelika, AL 36801

3. Geraldine Barnes (May Call)
   744 Lochapoka Hwy
   Auburn, AL 36830

4. Jimmie Tyson (May Call)
   1403 Douglas St.
   Opelika, AL 36801

5. Byron Mason (Expected)
   1627-5 Opelika Rd.
   Auburn, AL 36830

6. James Benson (Expected)
   165 Lee Rd. 453
   Waverly, AL 36879

7. Anthony Smily (May Call)
   974 Madwind Rd.
   Jackson Gap, AL 36861

8. Louis Collins (Expected)
   718 Tiger Town
   Opelika, AL 36801

9. Greg Newton (May Call)
   1500 Eastdale Mall
   Montgomery, AL 36117

10. Nina Fitzwater (May Call)
    Lee Co. Circuit Clerk's Office
    2311 Gateway Dr.
    Opelika, AL 36801

11. Stephanie Darby (Expected)
    1627-5 Opelika Rd.
    Auburn, AL 36830

12. Carolyn Landers (Expected)
    1359 Teaberry Court
    Auburn, AL 36830

13. Clint Teal (Expected)
    13771 Halso Mill Rd.
    Greenville, AL 36037

14. C/o Sears Roebuck & Co.
    1627-5 Opelika Rd.
    Auburn, AL 36830

    Kenneth Reese (Expected)
    Ben Burdette (May Call)
    John Lawrie (Expected)

15. Terry Gandy (Expected)
    Sears

      1001 Barnes Crossings Rd.
      Tupelo, MS 38804

16. Jason Patrick (May Call)
    C/o Sears
    5555 Whittlesey Blvd. Suite 3000
    Columbus, GA 31909

17. Jackie Dodson (Expected)
    2103 Waverly Pkwy.
    Lot # 3
    Opelika, AL 36801

18. Wilborn Sanders (Expected)
    1717 Centra Villa Dr., So. West, Apt. B-65
    Atlanta, GA 30311

19. Letha Lip (May Call)
    Columbus, GA.

20. Any witnesses necessary for rebuttal.

21. Any witnesses necessary for impeachment.

22. Any witnesses listed by defendant.

23. Any witnesses discovered and disclosed prior to trial.

/s/ T. Robin McIntyre
T. Robin McIntyre
Attorney for Plaintiff
2101 Executive Park Dr.
Opelika, AL 36801
(334) 745-3223

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 27 day of Sept, 2006, by hand delivery a copy of the above was delivered to:

Hon. Mac B. Greaves
Burr & Forman LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203

_____
T. Robin McIntyre