IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE L. SMITH, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CIVIL ACTION NO: |
| SEARS ROEBUCK AND CO., | ) 03-CV-05-1018-MHT ) ) |
| Defendant. | ) ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the plaintiff and the defendant to the above-styled cause, and do hereby jointly stipulate and agree that the above-styled cause be dismissed, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated this 19th of October 2006.

*/s/ Mieke A. Hemstreet*
Mac Greaves
Mieke A. Hemstreet
Attorneys for Defendant

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
(205)251-3000

1508312

                                                          /s/ T. Robin McIntyre
                                                          T. Robin McIntyre
                                                          Attorney for Plaintiff

**OF COUNSEL:**
T. Robin McIntyre
2101 Executive Park Drive
Opelika, Alabama 36801
(334) 745-3223